IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00053-WYD-MJW

BONNIE WINCHESTER,

    Plaintiff,

v.

BRIAN COSAINEAU, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    In light of the Mandate of the Tenth Circuit issued February 21, 2006, dismissing the Notice of Appeal, Plaintiff's Motion for Extension of Time to File Notice of Appeal (filed February 8, 2006) and Plaintiff's Motion to Withdraw Motion for Extension of Time to File Notice of Appeal (filed February 17, 2006) are **DENIED AS MOOT**.

    Dated:  March 29, 2006

                                        s\ Sharon Shahidi
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U.S. District Court